WMN:JDL
F.#2009R02298

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N D I C T M E N T |
| - against - | Cr. No. _____ <br> (T. 21, U.S.C., §§ |
| NAFIS PEREZ, <br>     also known as "Carlos," | 841(b)(1)(A)(i), 846, <br> 952(a), 960(a)(1), <br> 960(b)(1)(A) and 963; |
|     Defendant. | T. 13, U.S.C., §§ 2 and <br> 3551 et seq.) |

- - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Import Heroin)

On or about and between May 31, 2009 and June 1, 2009, within the Eastern District of New York and elsewhere, the defendant NAFIS PEREZ, also known as "Carlos," together with others, did knowingly and intentionally conspire to import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 952(a).

(Title 21, United States Code, Sections 963, 960(a)(1) and 960(b)(1)(A); Title 18, United States Code, Sections 3551 et seq.)

2

## COUNT TWO
(Importation of Heroin)

On or about May 31, 2009, within the Eastern District of New York and elsewhere, the defendant NAFIS PEREZ, also known as "Carlos," together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(A); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT THREE
(Conspiracy to Distribute Heroin)

On or about and between May 31, 2009 and June 1, 2009, within the Eastern District of New York and elsewhere, the defendant NAFIS PEREZ, also known as "Carlos," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(i); Title 18, United States Code, Sections 3551 et seq.)

## COUNT FOUR
(Attempt to Distribute Heroin)

On or about June 1, 2009, within the Eastern District of New York and elsewhere, the defendant NAFIS PEREZ, also known as "Carlos," together with others, did knowingly and intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(i); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Nafis Perez**
2. Related Magistrate Docket Number(s):
   None (X)

3. Arrest Date: **N/A**
4. Nature of offense(s):  ☒   Felony
   ☐   Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   (X) Yes  ( ) No

9. Have arrest warrants been ordered?   (X) Yes  ( ) No

10. Capital count included?   ( ) Yes  (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By:  _____
Justin D. Lerer
Assistant United States Attorney
(718) 254-6124

Rev. 3/22/01